PATY WILCOXSON v. THE STATE.

No. 19809.   Delivered June 1, 1938.
Rehearing denied October 19, 1938.

The opinion states the case.

*Wallace Hughston,* of McKinney, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

GRAVES, JUDGE.—The offense is selling whisky in a dry area; punishment, a fine of $100.00.

The record before us contains neither a statement of facts nor bills of exception. The complaint and information seem to be in proper form. All matters of procedure appearing regular, the judgment will be affirmed.

ON MOTION FOR REHEARING.

MORROW, PRESIDING JUDGE.—We have re-examined the record in the light of the appellant's motion for rehearing and have reached the conclusion that the proper disposition of the appeal was made in the original opinion.

The motion for rehearing is overruled.